[No. 25159–7–I.   Division One.   December 20, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. LYNELL
COLLINS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 89–8–04092–3, Jack A. Richey, J. Pro Tem.,
entered November 15, 1989. *Dismissed* by unpublished per
curiam opinion.

[No. 24513–9–I.   Division One.   December 20, 1990.]

WILLIAM STARTZMAN, ET AL, *Appellants,* v. CASCADE
SAVINGS AND LOAN ASSOCIATION, *Respondent.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 87–2–01527–9, Daniel T. Kershner, J.,
entered June 22, 1989. *Affirmed* by unpublished opinion
per Pekelis, J., concurred in by Grosse, A.C.J., and Pearson,
J. Pro Tem.

[No. 24567–8–I.   Division One.   December 20, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY L.
LANGELL, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 89–1–01710–1, Arthur E. Piehler, J., entered
July 17, 1989. *Affirmed* by unpublished per curiam opinion.

[No. 25233–0–I.   Division One.   December 20, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JASON BRENT
McCULLOUGH, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 89–8–04133–4, Anthony P. Wartnik, J.,
entered November 30, 1989. *Reversed* by unpublished per
curiam opinion.